**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Michael P. Paradis            BK NO. 23-00977 MJC
      Kimberly L. Paradis

              Debtor(s)           Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION - BILLING and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ *Michael Farrington*
                                        Michael Farrington
                                        10 Nov 2023, 17:36:25, EST

                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322