# U.S. BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL PARADIS : CHAPTER 13
       KIMBERLY PARADIS :
       Debtor : BANKRUPTCY NO. 23-00977

## CERTIFICATE OF SERVICE

    I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that I have sent copies of the 2nd Amended Chapter 13 Plan by email and/or regular mail to the addresses indicated below and certified mail, as follows:

Brenner Car Credit
1899 N. Susquehanna Trail
Selinsgrove, PA 17870
Certified mail – Return receipt requested

Mariner Finance, LLC
8211 Town Center Drive
Nottingham, MD 21236
Certified mail – Return receipt requested

                                                  /s/ Paul H. Young
                                                  PAUL H. YOUNG, ESQUIRE
                                                  Attorney for Debtors

Dated: December 19, 2023

Trustee

U.S. Trustee's Office

All creditors on matrix

Debtor