UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---------------------------------X

In re          :     Chapter 13

**MICHAEL PARADIS**     :

**KIMBERLY PARADIS**     :    Case No. 4:23-bk-00977

      Debtor(s).     :

     :

     :

---------------------------------X

## CERTIFICATE OF SERVICE

I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that I have sent copies of the **Debtor's Second Amended Plan** by regular mail to the addresses indicated below:

Date: December 12, 2023          /s/ Paul H. Young
                                               Attorney for Debtor
                                               3554 Hulmeville Rd., Ste. 102
                                               Bensalem, PA 19020
                                               (215) 639-5297
                                               Fax: (215) 639-1344
                                               support@ymalaw.com

| | |
|---|---|
| **United States Trustee**<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Philadelphia, PA 19107 | **Jack Zaharopoulos**<br>Office of the Chapter 13 Standing Trustee<br>8125 Adams Dr Ste A<br>Hummelstown, PA 17036<br>*Via Certified Mail* |
| **All Creditors on Matrix** | **Brenner Car Credit**<br>1899 N Susquehanna Trail<br>Selinsgrove, PA 17870<br>*Via Certified Mail* |
| **Freedom Mortgage Corporation**<br>10500 Kincaid Drive<br>Fishers, IN 46037<br>*Via Certified Mail* | **West Branch Regional Authority**<br>127 Girton Dr<br>Muncy, PA 17756<br>*Via Certified Mail* |
| **Debtor** | |