UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

------------------------------X

In re                                   :
**MICHAEL PARADIS**                     :      Chapter 13
**KIMBERLY PARADIS**                    :      Case No. 4:23-bk-00977
    Debtor(s).        :
                                        :
                                        :

------------------------------X

## CERTIFICATE OF SERVICE

    I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that I have sent copies of the **Debtor's Second Amended Plan** by regular mail to the addresses indicated below:

Date: December 12, 2023

/s/ Paul H. Young
Attorney for Debtor
3554 Hulmeville Rd., Ste. 102
Bensalem, PA 19020
(215) 639-5297
Fax: (215) 639-1344
support@ymalaw.com

**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Philadelphia, PA 19107

**All Creditors on Matrix**

**Freedom Mortgage Corporation**
10500 Kincaid Drive
Fishers, IN 46037
*Via Certified Mail*

**Debtor**

**Jack Zaharopoulos**
Office of the Chapter 13 Standing Trustee
8125 Adams Dr Ste A
Hummelstown, PA 17036
*Via Certified Mail*

**Brenner Car Credit**
1899 N Susquehanna Trail
Selinsgrove, PA 17870
*Via Certified Mail*

**West Branch Regional Authority**
127 Girton Dr
Muncy, PA 17756
*Via Certified Mail*

```
Label Matrix for local noticing              Freedom Mortgage Corporation              United States Trustee
0314-4                                       10500 Kincaid Drive                       US Courthouse
Case 4:23-bk-00977-MJC                       Fishers, IN 46037-9764                    1501 N. 6th St
Middle District of Pennsylvania                                                        Harrisburg, PA 17102-1104
Williamsport
Tue Feb  6 23:41:42 EST 2024

U.S. Bankruptcy Court                        AAFES                                     AAFES
197 S Main St, Wilkes-Barre, PA 18701        3911 Walton Walker                        Attn: Bankruptcy
                                             Dallas, TX 75236-1598                     Po Box 650060
                                                                                       Dallas, TX 75265-0060


ASPEN DENTAL ASSOCIATES OF NEPA PLLC         Army & Air Force Exchange Services        (p)ATLAS ACQUISITIONS LCC
c/o Wakefield & Associates, LLC              Attention GC-G                            492C CEDAR LANE SUITE 442
PO Box 51272                                 3911 S. Walton Walker Blvd.               TEANECK NJ 07666-1713
Knoxville, TN 37950-1272                     Dallas, TX 75236-1509


Brenner Car Credit                           Brennercarcr                              Capital One
1899 N Susquehanna Trail                     4 Parkside Ct                             Attn: Bankruptcy
Selinsgrove PA 17870-7781                    Mifflintown, PA 17059-9100                Po Box 30285
                                                                                       Salt Lake City, UT 84130-0285


Capital One                                  Capital One N.A.                          Comenitycb/dtlfirstfin
Po Box 31293                                 by American InfoSource as agent           Attn: Bankruptcy Dept
Salt Lake City, UT 84131-0293                PO Box 71083                              Po Box 182125
                                             Charlotte, NC  28272-1083                 Columbus, OH 43218-2125


Comenitycb/dtlfirstfin                       EMERGENCY CARE SERVICE OF PA, PC          EMERGENCY CARE SERVICES OF PENNSYLVANIA PC
Po Box 182120                                c/o Wakefield & Associates, LLC           PO BOX 1123
Columbus, OH 43218-2120                      PO Box 51272                              MINNEAPOLIS, MN 55440-1123
                                             Knoxville, TN 37950-1272


Freedom Mortgage Corporation                 Freedom Mortgage Corporation              Freedom Mortgage Corporation
951 W Yamato Rd, Suite 175                   Attn: Bankruptcy                          Attn: Bankruptcy Department
Boca Raton, FL 33431-4444                    907 Pleasant Valley Ave, Ste 3            10500 Kincaid Drive
                                             Mt Laurel, NJ 08054-1210                  Fishers, IN 46037-9764


IC Systems, Inc                              IC Systems, Inc                           LVNV Funding, LLC
Attn: Bankruptcy                             Po Box 64378                              Resurgent Capital Services
Po Box 64378                                 Saint Paul, MN 55164-0378                 PO Box 10587
St. Paul, MN 55164-0378                                                                Greenville, SC 29603-0587


Mariner Finance                              Mariner Finance                           Navy FCU
8211 Town Center Dr                          Attn: Bankruptcy                          1 Security Place
Nottingham, MD 21236-5904                    8211 Town Center Drive                    Merrifield, VA 22116
                                             Nottingham, MD 21236-5904


Navy FCU                                     Navy FCU                                  Navy Federal Credit Union
820 Follin Lane                              Attn:  Bankruptcy                         P.O. Box 3000
Vienna, VA 22180-4907                        Po Box 3000                               Merrifield, VA 22119-3000
                                             Merrifield, VA 22119-3000
```

| | | |
|---|---|---|
| OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 | OneMain Financial<br>Po Box 1010<br>Evansville, IN 47706-1010 | Resurgent Capital Services<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 |
| Resurgent Capital Services<br>C/o Resurgent Capital Services<br>Greenville, SC 29602 | UPMC HEALTH SERVICES<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | UPMC PHYSICIAN SERVICES<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 |
| (p)WAKEFIELD & ASSOCIATES<br>PO BOX 51272<br>KNOXVILLE TN 37950-1272 | West Branch Regional Authority<br>127 Girton Drive<br>Muncy PA 17756-6375 | (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| Kimberly L. Paradis<br>281 Old Road<br>Montgomery, PA 17752-9203 | Michael P. Paradis<br>281 Old Road<br>Montgomery, PA 17752-9203 | Paul H. Young<br>Young, Marr, Mallis & Deane, LLC<br>3554 Hulmeville Rd.<br>Ste 102<br>Bensalem, PA 19020-4366 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlas Acquisitions LLC<br>on behalf of UHG I LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 | Wakefield & Associates<br>Attn: Bankruptcy<br>7005 Middlebrook Pike<br>Knoxville, TN 37909 | (d)Wakefield & Associates<br>Po Box 50250<br>Knoxville, TN 37950 |
| Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Mariner Finance, LLC<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     1<br>Total                   42 |