UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| **MICHAEL PARADIS** | : | |
| **KIMBERLY PARADIS** | : | Case No. 4:23-bk-00977 |
| Debtor(s). | : | |
| | : | |
| | : | |

------------------------------X

## CERTIFICATE OF SERVICE

    I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that I have sent copies of the **Debtor's Third Amended Plan** by regular mail to the addresses indicated below:

Date: February 13, 2024

/s/ Paul H. Young
Attorney for Debtor
3554 Hulmeville Rd., Ste. 102
Bensalem, PA 19020
(215) 639-5297
Fax: (215) 639-1344
support@ymalaw.com

**Mariner Finance LLC**
8211 Town Center Drive
Nottingham, MD 21236
**Attention Officer/Agent**
Via First Class Mail

**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Philadelphia, PA 19107
Via First Class Mail

**All Creditors on Matrix**

**Freedom Mortgage Corporation**
10500 Kincaid Drive
Fishers, IN 46037
**Attention Officer/Agent**
*Via First Class Mail*

**Debtor**

**Jack Zaharopoulos**
Office of the Chapter 13 Standing Trustee
8125 Adams Dr Ste A
Hummelstown, PA 17036
*Via First Class Mail*

**Brenner Car Credit**
1899 N Susquehanna Trail
Selinsgrove, PA 17870
**Attention Officer/Agent**
*Via First Class Mail*

**West Branch Regional Authority**
127 Girton Dr
Muncy, PA 17756
**Attention: Chief Executive Officer**
*Via First Class Mail*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-4<br>Case 4:23-bk-00977-MJC<br>Middle District of Pennsylvania<br>Williamsport<br>Wed Feb 21 00:45:35 EST 2024 | Freedom Mortgage Corporation<br>10500 Kincaid Drive<br>Fishers, IN 46037-9764 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 |
| U.S. Bankruptcy Court<br>197 S Main St, Wilkes-Barre, PA 18701 | AAFES<br>3911 Walton Walker<br>Dallas, TX 75236-1598 | AAFES<br>Attn: Bankruptcy<br>Po Box 650060<br>Dallas, TX 75265-0060 |
| ASPEN DENTAL ASSOCIATES OF NEPA PLLC<br>c/o Wakefield & Associates, LLC<br>PO Box 51272<br>Knoxville, TN 37950-1272 | Army & Air Force Exchange Services<br>Attention GC-G<br>3911 S. Walton Walker Blvd.<br>Dallas, TX 75236-1509 | (p)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 |
| Brenner Car Credit<br>1899 N Susquehanna Trail<br>Selinsgrove PA 17870-7781 | Brennercarcr<br>4 Parkside Ct<br>Mifflintown, PA 17059-9100 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Comenitycb/dtlfirstfin<br>Attn: Bankruptcy Dept<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comenitycb/dtlfirstfin<br>Po Box 182120<br>Columbus, OH 43218-2120 | EMERGENCY CARE SERVICE OF PA, PC<br>c/o Wakefield & Associates, LLC<br>PO Box 51272<br>Knoxville, TN 37950-1272 | EMERGENCY CARE SERVICES OF PENNSYLVANIA PC<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 |
| Freedom Mortgage Corporation<br>951 W Yamato Rd, Suite 175<br>Boca Raton, FL 33431-4444 | Freedom Mortgage Corporation<br>Attn: Bankruptcy<br>907 Pleasant Valley Ave, Ste 3<br>Mt Laurel, NJ 08054-1210 | Freedom Mortgage Corporation<br>Attn: Bankruptcy Department<br>10500 Kincaid Drive<br>Fishers, IN 46037-9764 |
| IC Systems, Inc<br>Attn: Bankruptcy<br>Po Box 64378<br>St. Paul, MN 55164-0378 | IC Systems, Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Mariner Finance<br>8211 Town Center Dr<br>Nottingham, MD 21236-5904 | Mariner Finance<br>Attn: Bankruptcy<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | Navy FCU<br>1 Security Place<br>Merrifield, VA 22116 |
| Navy FCU<br>820 Follin Lane<br>Vienna, VA 22180-4907 | Navy FCU<br>Attn: Bankruptcy<br>Po Box 3000<br>Merrifield, VA 22119-3000 | Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119-3000 |

| | | |
|---|---|---|
| OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 | OneMain Financial<br>Po Box 1010<br>Evansville, IN 47706-1010 | Resurgent Capital Services<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 |
| Resurgent Capital Services<br>C/o Resurgent Capital Services<br>Greenville, SC 29602 | UPMC HEALTH SERVICES<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | UPMC PHYSICIAN SERVICES<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 |
| (p)WAKEFIELD & ASSOCIATES<br>PO BOX 51272<br>KNOXVILLE TN 37950-1272 | West Branch Regional Authority<br>127 Girton Drive<br>Muncy PA 17756-6375 | (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| Kimberly L. Paradis<br>281 Old Road<br>Montgomery, PA 17752-9203 | Michael P. Paradis<br>281 Old Road<br>Montgomery, PA 17752-9203 | Paul H. Young<br>Young, Marr, Mallis & Deane, LLC<br>3554 Hulmeville Rd.<br>Ste 102<br>Bensalem, PA 19020-4366 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlas Acquisitions LLC<br>on behalf of UHG I LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 | Wakefield & Associates<br>Attn: Bankruptcy<br>7005 Middlebrook Pike<br>Knoxville, TN 37909 | (d)Wakefield & Associates<br>Po Box 50250<br>Knoxville, TN 37950 |
| Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Mariner Finance, LLC<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     1<br>Total                  42 |