UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAMSPORT DIVISION

IN RE:
MICHAEL P PARADIS
KIMBERLY L PARADIS
      DEBTOR

CASE NO. 4:23-bk-00977-MJC
CHAPTER 13

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME:                          FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE: 04/29/2024

OLD NOTICE ADDRESS:       10500 Kincaid Drive, Suite 300
                                      Fishers, IN 46037-9764

NEW NOTICE ADDRESS:      11988 Exit 5 Parkway, Building 4
                                      Fishers, IN 46037-7939

OLD PAYMENT ADDRESS:    10500 Kincaid Drive, Suite 300
                                      Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:   11988 Exit 5 Parkway, Building 4
                                      Fishers, IN 46037-7939

Dated: September 18, 2024

                                            */s/Lorri Beltz*
                                            Lorri Beltz, Vice President, Default
                                            Freedom Mortgage Corporation
                                            11988 Exit 5 Parkway, Building 4
                                            Fishers, IN 46037-7939
                                            Telephone: (855) 690-5900

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAMSPORT DIVISION

| | |
|---|---|
| IN RE:<br>MICHAEL P PARADIS<br>KIMBERLY L PARADIS<br>      DEBTOR | CASE NO. 4:23-bk-00977-MJC<br>CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

<u>Via First Class Mail:</u>

PAUL H. YOUNG
YOUNG, MARR, MALLIS & DEANE, LLC
3554 Hulmeville Rd Ste 102
Bensalem PA 19020-4366
*Counsel for Debtor*

JACK N ZAHAROPOULOS
8125 Adams Dr Ste A
Hummelstown PA 17036-8625
*Chapter 13 Trustee*

MICHAEL P PARADIS
KIMBERLY L PARADIS
281 Old Rd
Montgomery PA 17752-9203
*Debtor*

<u>This 18th Day of September, 2024</u>

                                            */s/Lorri Beltz*
                                            Lorri Beltz, Vice President, Default
                                            Freedom Mortgage Corporation
                                            11988 Exit 5 Parkway, Building 4
                                            Fishers, IN 46037-7939
                                            Telephone: (855) 690-5900