UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  
MICHAEL A PARADIS,  
KIMBERLY L PARADIS,  
    Debtor  

JACK N. ZAHAROPOULOS  
    STANDING CHAPTER 13 TRUSTEE  
    Movant  

MICHAEL A PARADIS,  
KIMBERLY L PARADIS,  
    Respondent  

CHAPTER 13

CASE NO. 4-23-BK-00977-MJC

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 16th day of December 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

   a. The Plan is ambiguous as to the

      i. Base amount More specifically, payments from 12/2025 to 5/2028 at $704.00 total $21,120.00; not $28,160.00 as stated in the plan.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of Debtor(s)' Plan.
   b. Dismiss or convert Debtor(s)' case.
   c. Provide such other relief as is equitable and just.

    Respectfully submitted:  
    Jack N. Zaharopoulos  
    Standing Chapter 13 Trustee  
    8125 Adams Drive, Suite A  
    Hummelstown, PA 17036  
    (717) 566-6097  

    BY: /s/ Agatha R. McHale  
           Attorney for Trustee

CERTIFICATE OF SERVICE

   AND NOW, this 16th day of December 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

PAUL H YOUNG, ESQUIRE
3554 HULMEVILLE ROAD
SUITE 102
BENSALEM, PA 19020-

            /s/Ashley Schott
            Office of Jack N. Zaharopoulos
            Standing Chapter 13 Trustee