United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Michael P. Paradis

Kimberly L. Paradis

    Debtors

Case No. 23-00977-MJC

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jul 09, 2026 | Form ID: ordsmiss | Total Noticed: 37 |

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael P. Paradis, Kimberly L. Paradis, 281 Old Road, Montgomery, PA 17752-9203 |
| 5576103 | + | Brenner Car Credit, 1899 N Susquehanna Trail, Selinsgrove PA 17870-7781 |
| 5538373 | + | Brennercarcr, 4 Parkside Ct, Mifflintown, PA 17059-9100 |
| 5576104 | + | West Branch Regional Authority, 127 Girton Drive, Muncy PA 17756-6375 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 09 2026 18:50:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5538372 | + | EDI: AAFES | Jul 09 2026 22:48:00 | AAFES, 3911 Walton Walker, Dallas, TX 75236-1598 |
| 5538371 | + | EDI: AAFES | Jul 09 2026 22:48:00 | AAFES, Attn: Bankruptcy, Po Box 650060, Dallas, TX 75265-0060 |
| 5550896 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Jul 09 2026 18:50:00 | ASPEN DENTAL ASSOCIATES OF NEPA PLLC, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 5546554 | | EDI: ATLASACQU | Jul 09 2026 22:48:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5551112 | + | EDI: AAFES | Jul 09 2026 22:48:00 | Army & Air Force Exchange Services, Attention GC-G, 3911 S. Walton Walker Blvd., Dallas, TX 75236-1509 |
| 5538374 | + | EDI: CAPITALONE.COM | Jul 09 2026 22:48:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5538375 | + | EDI: CAPITALONE.COM | Jul 09 2026 22:48:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5546712 | | EDI: CAPITALONE.COM | Jul 09 2026 22:48:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5538376 | + | EDI: WFNNB.COM | Jul 09 2026 22:48:00 | Comenitycb/dtlfirstfin, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5538377 | + | EDI: WFNNB.COM | Jul 09 2026 22:48:00 | Comenitycb/dtlfirstfin, Po Box 182120, Columbus, OH 43218-2120 |
| 5550895 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Jul 09 2026 18:50:00 | EMERGENCY CARE SERVICE OF PA, PC, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 5552469 | + | Email/Text: BNCnotices@dcmservices.com | Jul 09 2026 18:50:00 | EMERGENCY CARE SERVICES OF PENNSYLVANIA PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5538378 | + | Email/Text: Bankruptcy@Freedommortgage.com | | |

| | | | |
|---|---|---|---|
| | | Jul 09 2026 18:50:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 5538379 | + Email/Text: Bankruptcy@Freedommortgage.com | Jul 09 2026 18:50:00 | Freedom Mortgage Corporation, 951 W Yamato Rd, Suite 175, Boca Raton, FL 33431-4444 |
| 5552205 | + Email/Text: Bankruptcy@Freedommortgage.com | Jul 09 2026 18:50:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-8022 |
| 5538381 | + EDI: LCIICSYSTEM | Jul 09 2026 22:48:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 5538380 | + EDI: LCIICSYSTEM | Jul 09 2026 22:48:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 5539264 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 09 2026 19:05:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5538382 | + Email/Text: bankruptcy@marinerfinance.com | Jul 09 2026 18:50:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5538383 | + Email/Text: bankruptcy@marinerfinance.com | Jul 09 2026 18:50:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5538386 | + EDI: NFCU.COM | Jul 09 2026 22:48:00 | Navy FCU, 820 Follin Lane, Vienna, VA 22180-4907 |
| 5538385 | EDI: NFCU.COM | Jul 09 2026 22:48:00 | Navy FCU, 1 Security Place, Merrifield, VA 22116 |
| 5538384 | + EDI: NFCU.COM | Jul 09 2026 22:48:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5540559 | + EDI: NFCU.COM | Jul 09 2026 22:48:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5538387 | + EDI: AGFINANCE.COM | Jul 09 2026 22:48:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5538388 | + EDI: AGFINANCE.COM | Jul 09 2026 22:48:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 5538389 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 09 2026 19:05:15 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5538390 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 09 2026 19:05:21 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 5552468 | + Email/Text: BNCnotices@dcmservices.com | Jul 09 2026 18:50:00 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5552467 | + Email/Text: BNCnotices@dcmservices.com | Jul 09 2026 18:50:00 | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5538391 | Email/Text: bankruptcy.accounts@wakeassoc.com | Jul 09 2026 18:50:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 5538392 | Email/Text: bankruptcy.accounts@wakeassoc.com | Jul 09 2026 18:50:00 | Wakefield & Associates, Po Box 50250, Knoxville, TN 37950 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5547013 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Paul H. Young | on behalf of Debtor 1 Michael P. Paradis ykaecf@gmail.com lesliebrown.paralegal@gmail.com |
| Paul H. Young | on behalf of Debtor 2 Kimberly L. Paradis ykaecf@gmail.com lesliebrown.paralegal@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

                                        Chapter 13

Michael P. Paradis                             Case number 4:23−bk−00977−MJC

        **Debtor 1**

Kimberly L. Paradis

        **Debtor 2**

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: July 9, 2026

ordsmiss (05/18)